AO 451 (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TEAM MAJOR LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 13cv346-ESH |
| GLORY BOYZ ENTERTAINMENT LLC et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   07/25/2013   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   08/23/2013

*ANGELA D. CAESAR, CLERK OF COURT*

/s / Reginald D. Johnson
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEAM MAJOR LLC,            )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>GLORY BOYZ ENTERTAINMENT LLC, *et al.* )<br>                            )<br>        Defendants.         )<br>                            ) | Civil Action No. 13-0346 (ESH) |

## ORDER AND DEFAULT JUDGMENT

Upon consideration of plaintiff's motion for default judgment against defendants Glory Boyz Entertainment, LLC and Keith Cozart, the supporting affidavits, and other record evidence, and for the reasons stated in open court on July 24, 2013, at the conclusion of the evidentiary hearing to establish the amount of damages, it is hereby

**ORDERED** that plaintiff's Motion for Default Judgment against defendants Glory Boyz Entertainment, LLC and Keith Cozart [ECF No. 13] is **GRANTED**; it is further

**ORDERED** that a **DEFAULT JUDGMENT** is entered for plaintiff Team Major LLC against defendants Glory Boyz Entertainment, LLC, and Keith Cozart in the amount of $230,019, representing $85,019 in compensatory damages for out-of-pocket expenses, $30,000 in lost expected earnings, and $115,000 for reputational harm; it is further

**ORDERED** that plaintiff's request for pre-judgment interest, punitive damages and attorneys' fees is denied; and it is further

**ORDERED** that, based upon plaintiff's representation that it does not intend to make any further efforts to serve the remaining defendant, Abdul Wahid, the complaint against Wahid is

**DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to close the above-captioned matter.

                                                           /s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

DATE: July 25, 2013

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

Date Filed: 7-25-13

ANGELA D. CAESAR, CLERK
By: Michael Darby 8/23/13

2