UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEAM MAJOR, LLC,

    Plaintiff,

v.                                        Case No. _____

GLORY BOYZ ENTERTAINMENT, LLC

and

KEITH COZART,

    Defendants.

_____

**WRIT OF EXECUTION AND GARNISHMENT ON JUDGMENT**

_____

To:    INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC.,  Garnishee

        Registered Agent – The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

You are hereby notified that any money, property or credits of the above named defendants, are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendants or to anyone else without an order from this Court.

The Judgment against the defendants was entered on July 25, 2013, in the amount of two hundred thirty thousand nineteen dollars ($230,019), with interest at 11% less credits of $-0-.

Within fourteen (14) days after this writ is served upon you, you are required to answer the following interrogatory under penalty of perjury, and to file in this Court your answer, and to serve a copy of your answer, by mail or other means, upon the plaintiff and upon the defendants. If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

<u>Interrogatory</u>: Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods,

chattels, money, or credits of the defendants, or property of any kind or nature, in your possession or charge, and, if so, what?

ANSWER: _____

Dated: _____                     _____
                                                                                    Clerk


Attorney for Plaintiff Team Major, LLC

*/s/ Kester I.H. Crosse*
Kester I.H. Crosse, Esq.
Delaware State Bar I.D. #638
Address:
1214 King Street
Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com